

The following constitutes the order of the Court.
Signed: August 29, 2023

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

BEF, LLC,

              Debtor.

Case No. 23-40291 CN
Chapter 11

**ORDER CONTINUING HEARING ON MOTION TO DISMISS CHAPTER 11**

On August 25, 2023, the court conducted a hearing on Debtor's Motion to Dismiss Chapter 11 (the "Motion"). Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED:**

1. The continued hearing on the Motion is set for **September 15, 2023 at 11:00 a.m.** via Tele/Videoconference and in Courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California.

2. By **September 1, 2023**, Debtor shall file and serve on all creditors a supplemental declaration in support of the Motion. Any objection to the Motion may be presented at the **September 15, 2023** hearing.

***END OF ORDER***

Case No. 23-40291 CN

**COURT SERVICE LIST**

**BEF, LLC**
21305 Mission Blvd
Hayward, CA 94541


Other recipients are ECF participants.